(71 South. 499)

No. 21900.

STATE ex rel. ELFER et al. v. MILLSAPS, Secretary of State.

In re STATE ex rel. PROGRESSIVE PARTY OF STATE OF LOUISIANA et al.

(April 8, 1916.)

Application by the State, on the relation of Charles Elfer and others, for writ of mandamus to W. F. Millsaps, Secretary of State, with application also by the State, on the relation of the Progressive Party of the State of Louisiana for writ of mandamus. Writs denied, and applications dismissed.

L. H. Burns, H. S. Suthon, and Esmond Phelps, all of New Orleans, for relators. H. F. Brunot, of Baton Rouge, pro se.

O'NIELL, J. The pleadings and issues presented in this case are the same as in the case of State ex rel. D. C. Labbe et al. v. W. F. Millsaps, Secretary of State, No. 21901, 71 South. 496,[1] decided this day, except that the relators in this case are not the same individuals. They are Charles Elfer, candidate for

[1]Ante, p. 242.

sheriff, and Ortman W. Crawford, candidate for representative, of the parish of St. Charles.

For the reasons assigned in the case of State ex rel. D. C. Labbe et al. v. W. F. Millsaps, Secretary of State, In re State ex rel. Progressive Party of the State of Louisiana et al., 71 South. 496,[1] applying for a writ of mandamus, it is ordered that the relief prayed for in this case be denied, and that the relators' application be dismissed.